# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**PLRA C.R. 3(b) FINAL ORDER**

December 3, 2021

| | |
|---|---|
| No. 21-2768 | DELOREAN L. BRYSON,<br>         Plaintiff - Appellant<br><br>v.<br><br>MICHAEL ROWE, et al.,<br>         Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-00467-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

The pro se appellant has neither paid the $505.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the District Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $505.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, *123 F.3d 429, 433* (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**    (form ID: **142**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 3, 2021

To:  Gina M. Colletti
    UNITED STATES DISTRICT COURT
    Eastern District of Wisconsin
    Milwaukee, WI 53202-0000

| No. 21-2768 | DELOREAN L. BRYSON,<br>      Plaintiff - Appellant<br><br>v.<br><br>MICHAEL ROWE, et al.,<br>      Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:21-cv-00467-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:                    no record to be returned

form name: **c7_Mandate**     (form ID: **135**)

CERTIFIED COPY
A True Copy
Teste:
_Margaret L. Naughton_
Deputy Clerk
of the United States
Court of Appeals for the Seventh Circuit