# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

December 3, 2021

Warden
Green Bay Correctional Institution
PO Box 19033
Green Bay, WI 54307-9033

Re: **Delorean L Bryson 487033**
**District Court No. 21-C-467**
**Appeal No. 21-2768**
**Balance Due: $505.00**

Dear Warden:

The Court of Appeals for the Seventh Circuit has ordered an inmate in your custody to pay the $505.00 appeal fee to the Clerk of the District Court. A copy of the order is enclosed.

The institution has an obligation to forward payments from the prisoner's account pursuant to 28 U.S.C. § 1915(b)(2) and *Lucien v. DeTella*, 141 F.3d 773 (7th Cir. 1998). Payments should be collected monthly from the inmate's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's account and payments should be forwarded to the Clerk of the District Court each time the amount in the account exceeds $10.00.

If this inmate is transferred to another county, state, or federal institution, the transferring institution shall forward a copy of this letter and the enclosed order with the inmate's remaining balance to the receiving institution.

Very truly yours,
GINA M. COLLETTI
Clerk of Court

s/Jelena Vekic
Deputy Clerk

cc: Delorean L Bryson